JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VILLEGAS,<br><br>           Plaintiff,<br><br>v.<br><br>AZALEA JOINT VENTURE, LLC, a Delaware Limited Liability Company; FAR WEST RESTAURANT GROUP, LLC, a California Limited Liability Company; and Does 1-10,<br><br>           Defendants. | Case No. CV 19-09022-AB (ASx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

1.

1  This Court retains full jurisdiction over this action and this Order shall not
2  prejudice any party to this action.

4  Dated: June 1, 2020    _____
5  ANDRÉ BIROTTE JR.
6  UNITED STATES DISTRICT JUDGE