CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Lockhart Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

THOMAS S. GRUENBECK (SBN: 177056)
thomasgruenbeck@gmail.com
ATTORNEY AT LAW
23120 Alicia Pkwy, Suite 223
Mission Viejo, CA 92692
Telephone: (949) 453-1874
Facsimile: (949) 453-1875
Attorneys for Defendant
Far West Restaurant Group, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LUIS VILLEGAS, | Case: 2:19-CV-09022-AB-AS |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| v. | |
| AZALEA JOINT VENTURE, LLC, a Delaware Limited Liability Company; FAR WEST RESTAURANT GROUP, LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

1

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 16, 2020          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: June 16, 2020          ATTORNEY AT LAW

By: /s/ Thomas S. Gruenbeck
Thomas S. Gruenbeck
Attorneys for Defendant
Far West Restaurant Group, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Thomas S. Gruenbeck, counsel for Far West Restaurant Group, LLC, and that I have obtained Mr. Gruenbeck's authorization to affix his electronic signature to this document.

Dated: June 16, 2020        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff